UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA DARLENE BAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2:14-cv-0005 |
| v. ) | Judge Sharp |
| ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 16) as to Plaintiff Lisa Darlene Bain's Motion for Judgment on the Record (Docket No. 11). Plaintiff had sought judicial review of the Social Security Administration's denial of her applications for disability insurance benefits and supplemental security income, as provided under Titles II and XVI of the Social Security Act.

In the R & R, the Magistrate Judge recommended that Plaintiff's Motion be granted, that the Social Security Administration's decision be reversed, and that the case be remanded for further administrative proceedings. The Social Security Administration made no objections.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b). Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R.

Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 16) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Record (Docket No. 11) is hereby GRANTED; and

(3) the case is hereby REMANDED for further administrative proceedings consistent with the Magistrate Judge's R & R.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE